**MONDAKOTA GAS COMPANY,**
a corporation, Appellant,

v.

**Collins G. REED, and Mrs. Collins G. Reed, his wife, if any, et al.,**
Appellees.

No. 20402.

United States Court of Appeals
Ninth Circuit.

Aug. 1, 1966.

Daryl E. Engebregson, James J. Palmersheim, Billings, Mont., for appellant.

Crowley, Kilbourne, Haughey, Hanson & Gallagher, Billings, Mont., for appellees.

Before HAMLEY and JERTBERG, Circuit Judges, and THOMPSON, District Judge.

PER CURIAM:

The judgment and orders under review on this appeal are, and each of them is, affirmed for the reasons stated in the opinion of the district court reported in 244 F.Supp. 327.

**Wilbur O. MORTON, Appellant,**

v.

**UNITED STATES of America, et al., and the State of Kansas et al., Appellees.**

No. 8711.

United States Court of Appeals
Tenth Circuit.

Aug. 4, 1966.

Alex T. Collins, III, for appellant.

William E. Gandy, Asst. U. S. Atty. (Lawrence M. Henry, U. S. Atty. for District of Colorado, David I. Shedroff, Asst. U. S. Atty. for District of Colorado, on the brief), for appellees.

Before PHILLIPS, JONES* and SETH, United States Circuit Judges.

PER CURIAM.

The judgment of the district court is correct and is affirmed.